IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JUAN MANUEL REYES,

        Plaintiff,

v.

WASHINGTON COUNTY OREGON;
CITY OF BEAVERTON, OR;
BEAVERTON POLICE DEPARTMENT;
CARES NW; DHS; JOHN DOES, BPD
Detectives; JANE DOES, DHS Workers; and
JANE DOES, CARES Workers,

        Defendants.

No. 3:21-cv-00509-YY

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge You issued a Findings and Recommendation on August 29, 2022, in which she recommends that this Court grant Defendants' motions to dismiss and deny Plaintiff's

1 - ORDER

motion for default judgment. F&R, ECF 39. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Plaintiff filed timely objections to the Magistrate Judge's Findings and Recommendation. Pl. Obj., ECF 41. When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge You's Findings and Recommendation [39]. Therefore, Defendants' Motions to Dismiss [15][20][25][30] are GRANTED, Plaintiff's Motion for Default Judgment [17] is DENIED, and this case is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED: __November 10, 2022__.

*Marco Hernandez*
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER